# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BROADCAST MUSIC, INC., EMI
VIRGIN SONGS, INC., SONY/ATV
SONGS LLC, et al.,
    **Plaintiffs,**

v.              **Case No:   6:13-cv-1917-Orl-31KRS**

PRB PRODUCTIONS, INC. and PETER
R. BROWN,
     **Defendants.**

_____

# ORDER

This cause comes before the Court on Plaintiffs' Motion for Default Judgment (Doc. No. 18), filed April 30, 2014.

On July 21, 2014, the United States Magistrate Judge issued a report (Doc. No. 19) recommending that the motion be granted, that damages be awarded, and that a final judgment and permanent injunction be entered. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Plaintiffs' Motion for Default Judgment (Doc. No. 18) is **GRANTED**.

3. A Final Judgment and Permanent Injunction will be entered separately, after which the Clerk shall close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 7, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party